IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL McKENNA, WILLIAM McKENNA, and RAYMOND CARNATION | : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA | : | NOS. 98-5835, 99-1163 |

ORDER

AND NOW, this 20th day of July, 2010, upon consideration of the plaintiffs' Motion for Judgment as a Matter of Law and a New Trial on Equitable Relief and Judgment of Entried Jury Verdict Award under the PHRA [sic] (Docket No. 264 in Case No. 98-5835; Docket No. 284 in Case No. 99-1163) and the defendant's Motion for Judgment as a Matter of Law, for Judgment Notwithstanding the Verdict, and for a New Trial, or in the Alternative, for Remittitur of the Verdict (Docket No. 263 in Case No. 98-5835 and Docket No. 283 in Case No. 99-1163), and the responses and replies thereto, IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that the Motions are DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.